1  GORDON I. ENDOW (SBN:  99638)
   gendow@gordonrees.com
2  GORDON & REES LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA  94111
   Telephone:    (415) 986-5900
4  Facsimile:    (415) 986-8054

5  Attorney for Plaintiff BLUEPRINT STUDIOS
   TRENDS INC., dba BLUEPRINT STUDIOS

6

7

8                   UNITED STATES DISTRICT COURT

9         CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

10

| | |
|---|---|
| 11 BLUEPRINT STUDIOS TRENDS INC., dba ) BLUEPRINT STUDIOS, a California ) 12 corporation, ) | CASE NO. |
| ) 13                     Plaintiff, ) | **COMPLAINT FOR:** |

11  BLUEPRINT STUDIOS TRENDS INC., dba  )   CASE NO.
    BLUEPRINT STUDIOS, a California       )
12  corporation,                          )   **COMPLAINT FOR:**
                                          )
13                           Plaintiff,   )   **1)  PATENT INFRINGEMENT [35 U.S.C.**
                                          )   **§271 *et seq.*];**
14          vs.                           )
                                          )   **2)  FALSE DESIGNATION OF ORIGIN**
15  LUXE EVENT RENTALS LLC, a California   )   **UNDER FEDERAL LAW [15 U.S.C.**
    limited liability company, dba Luxe Décor )  **§1125(a)];**
16  Ltd.; LUXE LIVING DESIGN, LLC, a New   )
    York limited liability company, also dba Luxe )  **3)  TRADE DRESS INFRINGEMENT**
17  Decor Ltd.; LUXE EVENT RENTALS – FL    )   **UNDER COMMON LAW**
    LLC, a Florida limited liability company, also )
18  dba Luxe Decor Ltd.; CHAIM TREITEL, an )   **4)  DECLARATORY RELIEF [28 U.S.C.**
    individual; and DOES 1-10, inclusive,  )   **§2201 (a)];**
19                                         )
                         Defendants.       )   **5)  CALIFORNIA UNFAIR**
20                                         )   **COMPETITION [Cal. Bus.& Prof. Code**
                                          )   **§17200 et seq.];**
21                                         )
                                          )   **6)  UNJUST ENRICHMENT; and**
22                                         )
                                          )   **7)  ACCOUNTING**
23                                         )
                                          )   **8)  (INJUNCTIVE RELIEF**
24                                         )   **REQUESTED)**
                                          )
25                                         )   **9)  CONSTRUCTIVE TRUST**
                                          )
26                                         )   **DEMAND FOR JURY TRIAL**

27        Plaintiff, BLUEPRINT STUDIOS TRENDS INC., dba BLUEPRINT STUDIOS

28  ("*Blueprint Studios*"), for its complaint against Defendants LUXE EVENT RENTALS LLC, a

                                    -1-
COMPLAINT FOR PATENT INFRINGEMENT                    Case No. _____

1  California limited liability company ("*Luxe Event Rentals*"), also doing business as Luxe Decor

2  Ltd. ("*Luxe Décor*"), Luxe Living Design, LLC, a New York limited liability company also

3  doing business as Luxe Decor ("*Luxe Living Design*"), Luxe Event Rentals – FL LLC, a Florida

4  limited liability company also doing business as Luxe Decor ("*Luxe Event Rentals - Florida*"),

5  Chaim Treitel (aka C. Haim Treitel, Chaim Tertel, and Hayim Treitel, "*Treitel*"), and DOES 1

6  through 10, inclusive (as a group, "Does," and collectively with Luxe Event Rentals, Luxe

7  Living Design, Luxe Event Rentals – Florida, and Treitel, "*Defendants*"), hereby alleges as

8  follows:

### NATURE OF ACTION

9

10      1.      This is an action for willful violations by Defendants of Plaintiff Blueprint

11  Studios' intellectual property rights, including design patent infringement, trade dress

12  infringement, unfair competition, unjust enrichment and an accounting, all arising out of the

13  production, importation, distribution, rental, sale, and offer for rent and sale by Luxe of "knock-

14  offs" of Blueprint Studios' patented design and protected trade dress for its INFINITY chairs.

### JURISDICTION AND VENUE

15

16      2.      This action arises under, inter alia, the Patent Act, 35 U.S.C. § 271(a), (b), (f) and

17  (g) *et seq*.; the Lanham Act, 15 U.S.C. §§ 1051 *et seq*.; the Declaratory Judgment Act, 28 U.S.C.

18  § 2201(a); and unfair competition, unjust enrichment and accounting under California common

19  law.  The Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331,

20  1338(a) and (b).  The Court has supplemental jurisdiction over the state law claims pursuant to

21  28 U.S.C. §§ 1367(a) and 1338(b).

22      3.      Venue is proper, inter alia, under 28 U.S.C. §§ 1391 and 1400 in that, on

23  information and belief, a substantial part of the events giving rise to the claims occurred in this

24  judicial district, and Defendants or their agent(s) may be found in this judicial district.

25  Specifically without limitation, upon information and belief, Defendants and each of them

26  distribute, rent, sell and offer for rent or sale the subject infringing goods in this judicial district

27  directly from their regularly established business facilities located at 2010 West 62nd Street, Los

28  Angeles, California 90047; 5716 Corsa Ave., Suite 110, Westlake Village, California 91362;

**Gordon & Rees LLP**
275 Battery Street, Suite 2000
San Francisco, CA  94111

-2-

and/or 801 East 62nd St., Los Angeles, California 90001, and through their websites,

www.luxeeventarentals.com, www.luxelivingdesign.com, and www.luxedecorltd.com, as well as

telephonically using one or more common or related telephone and facsimile numbers (including

a Los Angeles telephone number), and numerous venues in social media such as Facebook,

Twitter, and Instagram, and through third party distributors and retailers. Such facilities,

websites, contact numbers, and internet presences allows Defendants and their agents to

communicate with consumers and pretend that Defendants own, are licensed or otherwise

authorized to use Blueprint Studios' intellectual property rights. In June 2012, Defendant Treitel

signed and filed a fictitious business name ("*FBN*") statement with the Los Angeles County

Clerk ostensibly on behalf of Luxe Event Rentals for the fictitious business names: Luxe Living

Design, Lux [sic] Event Rentals, and Luxe Décor Ltd. A certified, true and correct copy of the

FBN statement is attached hereto as Exhibit A. On information and belief, all Defendants have

been at all times mentioned herein and are doing business under such FBN. On information and

belief, Defendants, and each of them, have infringed and continue to infringe Blueprint Studios'

intellectual property rights by, inter alia, marketing their related businesses and business

enterprise in this judicial district utilizing plaintiffs' intellectual property.

4.    This court has personal jurisdiction over each of the Defendants by virtue of the

conduct of business in this judicial district through their interrelated offices, Los Angeles

County-registered FBN, telephone numbers, and facilities as described herein, distributors and

customers, their infringing actions of  marketing and offering for rent and sale and/or renting and

selling infringing products directly to California customers and their contacts in this judicial

district, and their delivery into the stream of commerce in this district of the products accused

herein of violating Blueprint Studios' intellectual property rights.

## INTRADISTRICT ASSIGNMENT

5.    Plaintiff Blueprint Studios is a California corporation with its principal place of

business in San Francisco, California.

6.    Upon information and belief, Defendant Luxe Event Rentals is a California

limited liability company with its principal place of business in Los Angeles, California, and

-3-

COMPLAINT FOR PATENT INFRINGEMENT                                   Case No. _____

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA  94111**

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA 94111**

1   Luxe Living Design is a New York limited liability company with the same corporate office in

2   Los Angeles, California. The wrongful conduct asserted herein therefore originates from this

3   district.

4        7.    Assignment of this action to the Western Division of this Court is therefore

5   proper.

6                                    **THE PARTIES**

7        8.    Plaintiff Blueprint Studios is incorporated under the laws of the State of

8   California, and at all times herein relevant is and has been in good standing in California and has

9   and has had regular and established places of business in San Francisco, California.

10       9.    As alleged above, upon information and belief, Defendant Luxe Event Rentals is

11   and at all times herein relevant has been a California limited liability company, doing business

12   using both its true name and the fictitious business name, Luxe Décor Ltd., with its California

13   principal place of business at 2010 West 62nd Street, Los Angeles, California 90047, with a

14   listed telephone number of 323-758-5344 and fax number of 866-787-1097 per its website,

15   www.luxeeventrentals.com as reflected January 5, 2015. Further, Luxe Event Rentals dba Luxe

16   Décor uses a website, www.luxedecorltd.com, with certain of the same telephone and fax

17   numbers as Luxe Event Rentals, as reflected January 5, 2015, on the www.luxedecorltd.com

18   Home page.

19       10.   Upon information and belief, Defendant Luxe Living Design is and at all times

20   herein relevant has been a New York limited liability company which at times also does business

21   as Luxe Décor Ltd., with a California corporate office located at 2010 W. 62nd St, Los Angeles,

22   CA 90047, with the same Los Angeles telephone number and the same fax number (323-758-

23   5344 and 866-787-1097, respectively) as Luxe Event Rentals, per Defendants' websites,

24   www.luxeeventrentals.com, as reflected January 5, 2015, in the Home page footer and header,

25   and www.luxelivingdesign.com, as reflected January 5, 2015, on the Contact Us page. Luxe

26   Living Design's principal place of business in New York is 3512 Quentin Road, Brooklyn, New

27   York, with a New York telephone number, 718-629-6909. Further, Luxe Décor's website,

28   www.luxedecorltd.com, has certain of the same telephone and fax numbers as Luxe Living

-4-

COMPLAINT FOR PATENT INFRINGEMENT                                    Case No. _____

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA 94111**

1   Design, as reflected January 5, 2015, on its Contact Us page.

2       11.     Plaintiff alleges upon information and belief that the principal California address

3   and telephone and fax numbers of Luxe Living Design and Luxe Event Rentals (both dba Luxe

4   Decor) are equivalent.

5       12.     Upon information and belief, Defendant Luxe Event Rentals - Florida is and at all

6   times herein relevant has been a Florida limited liability company which at times also does

7   business as Luxe Décor Ltd., with offices in Miami, Florida, and Los Angeles, California.

8   Further upon information and belief, Luxe Event Rentals – Florida's Manager is Luxe Living

9   Design, whose address is listed in Luxe Event Rentals – Florida's Articles of Organization as

10  being 3512 Quentin Road, Brooklyn, New York 11234, the same as Defendant Luxe Living

11  Design's address. Defendant Luxe Event Rentals – Florida also uses the same New York

12  telephone and fax numbers, 718-629-6909 and 866-787-1097, respectively, as Luxe Living

13  Design, and the same fax number as Luxe Event Rentals, all as reflected January 5, 2015, on the

14  www.luxeeventrentals.com Contact Us page.

15      13.     Upon information and belief, Defendant Treitel is the Manager and President of

16  Luxe Event Rentals, and the registered owner of at least the www.luxeeventrentals.com website,

17  and www.luxelivingdesign.com, with registered addresses of 2010 West 62nd St., Los Angeles,

18  California, and 3512 Quentin Road, Brooklyn, New York, respectively, both with a Los Angeles

19  telephone number of 323-758-5344. A "WHOIS" inquiry as to the registered owner of the

20  www.luxedecorltd.com website shows that the owner has blocked public access to the owner's

21  name.

22      14.     The identities of Does 1 through 10 are presently unknown to plaintiff Blueprint

23  Studios, but on information and belief said Defendants are liable in whole or part for the matters

24  alleged herein. Plaintiff will seek leave of court to add them by name when their identities are

25  ascertained. Plaintiff is informed and believes, and based thereon alleges, that each of the

26  fictitiously named Defendants, including the Doe Defendants are the partners, joint venturers,

27  agents, servants, employees, common enterprise participants, principals and co-conspirators of

28  each other Defendant; that each Defendant performed directly the acts herein alleged, aided and

COMPLAINT FOR PATENT INFRINGEMENT                    Case No. _____

1   abetted the performance thereof, or knowingly acquiesced, ratified, and accepted the benefits of

2   such acts and conduct, was acting within the scope of its respective agency and employment, and

3   each Defendant ratified each and every act, omission and thing done by each and every other

4   Defendant herein, such that each of the Defendants is liable to Plaintiff Blueprint Studios to the

5   extent of the liability of any and all Defendants as alleged herein.

6          15.     Upon information and belief, there exists and at all times herein mentioned a unity

7   of interest and ownership between each Defendant such that any individuality and separateness

8   between each Defendant has ceased and that, among other things: there is a lack of attention to

9   corporate formalities; each Defendant shares principal business addresses, accounts, sales,

10  contact information, and websites central to the business of all Defendants, which is essentially

11  the same business; there is a commingling of assets as between each Defendant; the Defendants

12  are engaged in a common enterprise, with overlapping ownership and management (including

13  members, managers and officers), including Defendant President Treitel of Luxe Event Rentals,

14  such that there is an intertwining of operations and communications between each Defendant that

15  have directly caused the violations of Plaintiff's intellectual property rights. Simply put, no

16  separation actually exists between each Defendant since at all times herein mentioned each

17  Defendant was, controlled, dominated, and operated by one or more other Defendants, and

18  served only as their alter egos. Accordingly, Defendants Luxe Event Rentals, Luxe Living

19  Design, and Luxe Event Rentals - Florida are the alter egos of each of the remaining Defendants,

20  and of one another. Adherence to the fiction of separate existences of Defendants Luxe Event

21  Rentals, Luxe Living Design, and Luxe Event Rentals - Florida as entities distinct from each

22  other and each remaining Defendant would permit an abuse of the corporate privilege and would

23  promote injustice by permitting the Defendants to violate the laws of the United States, including

24  but not limited to the Patent Act and Lanham Act, by importing into and distributing, selling,

25  renting, or otherwise using in the United States infringing goods manufactured by them or on

26  their behalf through their inadequately capitalized alter egos. Disregarding the separate nature of

27  the foregoing Defendants is necessary to prevent an injustice to Defendants' creditors, including

28  but not necessarily limited to Plaintiff herein.

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA  94111**

-6-

COMPLAINT FOR PATENT INFRINGEMENT                                          Case No. _____

**BACKGROUND FACTS**

16.     Plaintiff Blueprint Studios is a primarily San Francisco-based company that, among other things, provides design services, decorations and prop fabrication, furniture and equipment rentals and sales, and other resources and services for corporate and private events.

17.     Plaintiff Blueprint Studios is the assignee of the following United States Design Patent, invented by Mircea Minea, and issued by the United States Patent and Trademark Office ("*USPTO*") on or about December 27, 2011: D651,018 (the "'*018 Patent*" or "*Patent-in-Suit*"). A true and correct copy of the '018 Patent is attached hereto as Exhibit B and incorporated herein by this reference.

18.     The invention claimed in the '018 Patent is the ornamental design for a dining chair, as shown and described in Exhibit B.

19.     The patented ornamental design includes, but is not limited to, the back of the chair which has a suspended circle comprised of overlapping loops.

20.     Plaintiff Blueprint Studios has or has had manufactured, and has imported, sold, rented, and offered for sale within California and in interstate commerce chairs that embody the patented ornamental design, and has used with such chairs the common law trade dress to designate itself as the source of such chairs ("*Chairs*"). As between Defendants and Plaintiff Blueprint Studios, Blueprint Studios is the senior user of the trade dress associated with the Chairs.

21.     In 2011, Plaintiff Blueprint Studios received the Platinum ADEX Award for Design Excellence for the patented Chair design and trade dress associated with the Chairs.

22.     Defendants, and each of them, have imported into, marketed, offered for sale, distributed, and sold in the United States chairs, sometimes referred to by Defendants as "Royale" chairs, that infringe the '018 Patent ("*Infringing Chairs*"). Included in Defendants' marketing collateral distributed in this judicial district and elsewhere in the United States is a brochure showing, among other things, the Infringing Chairs in at least one of the available colors. A true and correct copy of the infringing page of the brochure is attached hereto as Exhibit C.

-7-

COMPLAINT FOR PATENT INFRINGEMENT                          Case No. _____

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111

1    23.    Defendants, and each of them, have used Plaintiff Blueprint Studios' trade dress

2  in connection with Defendants' marketing, offering for sale, distributing, and selling in the

3  United States Infringing Chairs. Included in Defendant Luxe Event Rental's marketing collateral

4  distributed in this judicial district is its marketing material referring to its Infringing Chairs with

5  Plaintiff's distinctive, non-functional Chair. A true and correct copy of the material is attached

6  hereto as Exhibit D.

7    24.    Defendants, and each of them, have in their marketing material, including but not

8  necessarily limited to Defendants' websites, portrayed their chairs, including the Infringing

9  Chairs as protected by patents and trade dress, thereby giving the false and misleading

10  impression that Defendants own or are licensed to use the patented protected and distinctive

11  ornamental design.

12    25.    Defendant's Infringing Chairs are of vastly inferior quality in manufacturing and

13  materials to Plaintiff's Chairs, and consequently pose a substantially greater risk to users, and for

14  this reason is potentially particularly damaging to Plaintiff Blueprint Studios and its hard-won

15  reputation for quality and safety.

16    26.    Upon information and belief, Defendants, and each of them, at all times herein

17  relevant were and are aware that they were copying and using Plaintiff Blueprint Studios'

18  patented design and trade dress Chairs. Substantially all of the Chairs are marked with express

19  notice of the existence of the '018 Patent.

20    27.    Defendants received actual notice of infringement of the '018 Patent by, among

21  other things, a letter, dated March 6, 2013, from counsel for Plaintiff Blueprint Studios to Ms.

22  Samantha Kanter, an agent of Defendants, notifying Defendants that the Infringing Chairs

23  infringe the '018 Patent. A true and correct copy of such letter is attached hereto as Exhibit E and

24  incorporated herein by this reference. A true and correct copy of confirmation of receipt of such

25  letter by a person at Ms. Kanter's office as provided by Fed Ex is attached hereto as Exhibit F

26  and incorporated herein by this reference.

27    28.    Defendants, and each of them, thereafter are being sent another actual notice of

28  infringement of the '018 Patent and the trade dress of the Chair by, among other things, a letter,

-8-

COMPLAINT FOR PATENT INFRINGEMENT                                    Case No. _____

1  dated January 6, 2015, to Defendant Treitel from counsel for Plaintiff Blueprint Studios and to

2  be delivered personally to one or more agents of Defendants at their booth at a trade show in

3  Anaheim, California, on January 7, 2015. A true and correct copy of such letter is attached hereto

4  as Exhibit G and incorporated herein by this reference.

5          29.      Defendants, and each of them, even after receipt of the letter of March 6, 2013

6  continued to infringe Plaintiff Blueprint Studios' patented design and trade dress Chairs in

7  connection with Defendants' marketing, offering for rent and sale, distributing, and renting and

8  selling in the United States Infringing Chairs. Included in Defendant Luxe Event Rentals'

9  continued and ongoing marketing collateral distributed in this judicial district are:

10         • Defendants' advertisement of their infringing Chairs in the trade magazine,

11            BizBash, in the Fall of 2013. A true and correct copy of the advertisement is

12            attached hereto as Exhibit H;

13         • Defendants' catalogue referring to their Infringing Chairs as "Royal Dining

14            Chair" chairs.  A true and correct copy of the infringing page of the catalogue is

15            attached hereto as Exhibit I;

16         • Defendants' invoice dated October 1, 2014, referring to their Infringing Chairs as

17            "Royale Dining Chair" chairs. A true and correct copy of the invoice is attached

18            hereto as Exhibit J;

19         • Defendants' correspondence offering their Infringing Chairs for sale and/or rental

20            dated between September 28, 2014 and October 1, 2014 referring to their

21            Infringing Chairs as "Royale Dining Chair" chairs. A true and correct copy of the

22            correspondence is attached hereto as Exhibit K;

23         • Defendants' correspondence offering their Infringing Chairs for sale and/or rental

24            dated between November 12, 2014 and November 19, 2014, referring to their

25            Infringing Chairs as "Royale Dining Chair" chairs. A true and correct copy of the

26            correspondence is attached hereto as Exhibit L;

27         • BizBash magazine's Winter 2014 edition depicting Defendants' advertisement

28            referring to their Infringing Chairs. A true and correct copy of the cover and

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111

-9-

COMPLAINT FOR PATENT INFRINGEMENT                          Case No. _____

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1    specific page of the advertisement is attached hereto as Exhibit M;

2    • Defendants' correspondence published on social media on February 22, 2013,

3      July 8, 2013, August 22, 2013, October 28, 2014, and October 30, 2014, referring

4      to their Infringing Chairs as "Royale Dining Chair" chairs. A true and correct

5      copy of the correspondence is attached hereto as Exhibit N;

6    • Defendants' correspondence published on social media on August 22, 2013 and

7      September 30, 2014 referring to their Infringing Chairs as "Royale Dining Chair"

8      chairs. A true and correct copy of the correspondence is attached hereto as

9      Exhibit O;

10   • Defendants' correspondence published on social media on June 11, 2014,

11     October 28, 2014, and December 2, 2014 referring to their Infringing Chairs as

12     "Royale Dining Chair" chairs. A true and correct copy of the correspondence is

13     attached hereto as Exhibit P; and

14   • Correspondence published by Defendant Luxe Event Rental - Florida's Director

15     of Regional Sales and Design, Ms. Shari Lynn Rothstein, published on social

16     media on October 8, 2014 and October 19, 2014 referring to Defendants'

17     Infringing Chairs as "Royale Dining Chair" chairs. A true and correct copy of the

18     correspondence is attached hereto as Exhibit Q.

**FIRST CLAIM OF RELIEF**
Infringement of the '018 Patent
(against all Defendants)

21    30.    Each allegation contained in paragraphs 1 – 29 above is incorporated by reference

22   as though set forth fully herein.

23    31.    Upon information and belief, Defendants have infringed, induced, contributed to

24   or aided and abetted in the infringement of one of more claims of the '018 Patent within the

25   United States without authority of Plaintiff Blueprint Studios by importing into, using, offering

26   to rent and sell, distributing, renting, and selling in the United States Infringing Chairs under the

27   terms and provisions of 35 U.S.C. §§271 (a), (b), (f) and/or (g).

28    32.    Defendants had actual knowledge that the ornamental design used for its

-10-

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111

1  Infringing Chairs was patented and that the '018 Patent was owned by Blueprint Studios.

2       33.     Despite having actual notice of the '018 Patent, Defendants imported, made, used,

3  offered for rent and sale, and rented and sold Infringing Chairs, or contributed to or induced

4  others to do so, and upon information and belief, continue to import, make, use, offer for rent and

5  sale, rent, and sell Infringing Chairs, and contribute to or induce others to do so.

6       34.     Defendants have derived and received, and will continue to derive and receive,

7  from the aforesaid infringement gains, profits and advantages, but in what amount Plaintiff

8  Blueprint Studios is not presently informed and cannot set forth. Blueprint Studios, by reason of

9  the aforesaid infringement, will be damaged and will be entitled to the greater of: (i) damages

10  adequate to compensate for the willful infringement by Defendants, but in no event less than a

11  reasonable royalty for Defendants' use made of the '018 Patent as provided under the terms and

12  provisions of 35 U.S.C. §284; and (ii) Defendants' total profits from the Infringing Chairs as

13  provided under the terms and provisions of 35 U.S.C. § 289.

14       35.     Defendants will continue to infringe, induce others to infringe, and/or contribute

15  to the infringement of the '018 Patent unless enjoined by this Court.

16       36.     Defendants have willfully and deliberately infringed, induced others to infringe,

17  and/or contributed to the infringement of the  '018 Patent with full knowledge and wanton

18  disregard of Plaintiff Blueprint Studios' rights there under, rendering this an "exceptional" case

19  within the meaning of 35 U.S.C. § 285.

20                      **SECOND CLAIM OF RELIEF**
               False Designation of Origin Under 15 U.S.C. § 1125(a)

21                         (against all Defendants)

22       37.     Each allegation contained in paragraphs 1 – 36 above is incorporated by reference

23  as though set forth fully herein.

24       38.     Defendants' actions of designing, manufacturing or having had manufactured,

25  packaging, renting, selling, and distributing infringing knock-offs of Plaintiff Blueprint Studios'

26  Chairs in interstate commerce, without the consent of Plaintiff Blueprint Studios, constitutes

27  false designation of origin, and has caused and continues to cause a likelihood of confusion,

28  mistake, and deception as to source, sponsorship, affiliation, and/or connection in the minds of

-11-

COMPLAINT FOR PATENT INFRINGEMENT                  Case No. _____

1    the public.

2        39.    Defendants' false designation of origin in interstate commerce has infringed

3    Plaintiff Blueprint Studios' trade dress rights in violation of Section 43(a) of the Lanham Act, 15

4    U.S.C. § 1125(a).

5        40.    By reason of the foregoing, Plaintiff Blueprint Studios has been injured in an

6    amount not yet fully determined, but believed to be in excess of $500,000 (five hundred

7    thousand dollars). In addition, as a result of Defendants' acts of false designation of origin,

8    Plaintiff Blueprint Studios has suffered and will continue to suffer irreparable harm, and Plaintiff

9    Blueprint Studios has no adequate remedy at law with respect to this injury.  Unless the acts of

10   false designation of origin are enjoined by this Court, Plaintiff Blueprint Studios will continue to

11   suffer a risk of irreparable harm.

12       41.    Defendants' actions have been knowing, intentional, wanton, and willful, entitling

13   Plaintiff Blueprint Studios to damages, treble damages, profits, attorney's fees, and the costs of

14   this action.

### THIRD CLAIM OF RELIEF
Trade Dress Infringement Under Common Law
(against all Defendants)

17       42.    Each allegation contained in paragraphs 1 – 41 above is incorporated by reference

18   as though set forth fully herein.

19       43.    Defendants' actions of designing, manufacturing or having had manufactured,

20   packaging, renting, selling, and distributing infringing knock-offs of Plaintiff Blueprint Studios'

21   Chairs in interstate commerce, without the consent of Plaintiff Blueprint Studios, constitutes

22   federal and state common law trade dress infringement and has caused and continues to cause a

23   likelihood of confusion, mistake, and deception as to source, sponsorship, affiliation, and/or

24   connection in the minds of the public.

25       44.    Defendants' use of the trade dress has infringed Plaintiff Blueprint Studios' trade

26   dress rights in violation of common law.

27       45.    By reason of the foregoing, Plaintiff Blueprint Studios has been injured in an

28   amount not yet fully determined, but believed to be in excess of $500,000 (five hundred

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

-12-

COMPLAINT FOR PATENT INFRINGEMENT                          Case No. _____

thousand dollars). In addition, as a result of Defendants' acts of false designation of origin, Plaintiff Blueprint Studios has suffered and will continue to suffer irreparable harm, and Plaintiff Blueprint Studios has no adequate remedy at law with respect to this injury. Unless the acts of common law trade dress infringement are enjoined by this Court, Plaintiff Blueprint Studios will continue to suffer a risk of irreparable harm.

46.     Defendants' actions have been knowing, intentional, wanton, and willful, entitling Plaintiff Blueprint Studios to damages, treble damages, profits, attorney's fees, and the costs of this action.

## FOURTH CLAIM OF RELIEF
Declaratory Judgment Under 28 U.S.C. § 2201(a)
(against all Defendants)

47.     Each allegation contained in paragraphs 1 – 46 above is incorporated by reference as though set forth fully herein.

48.     Plaintiff Blueprint Studios alleges that a substantial controversy has arisen between it and Defendants relating to the rights to Plaintiff Blueprint Studios' patented design and trade dress.

49.     Plaintiff Blueprint Studios further alleges that the parties have adverse legal interests to each other in determining which party has the exclusive rights in connection with Plaintiff Blueprint Studios' '018 Patent for its protected Chair design and Plaintiff Blueprint Studios' trade dress.

50.     Plaintiff Blueprint Studios further alleges that the controversy is of sufficient immediacy and reality to warrant the issuance of a declaratory judgment. Accordingly, Plaintiff Blueprint Studios requests a declaration (1) that Plaintiff Blueprint Studios has sole right, title and interest in connection with the '018 Patent and trade dress, and (2) that Defendants have no right to use such trade dress or patent in association with the sale of Defendants' goods, or at all.

## FIFTH CLAIM OF RELIEF
Unfair Competition Under California Bus. & Prof. Code § 17200, *et seq.*
(against all Defendants)

51.     Each allegation contained in paragraphs 1 – 50 above is incorporated by reference as though set forth fully herein.

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

COMPLAINT FOR PATENT INFRINGEMENT                    Case No. _____

1   52.   California Business & Professions Code Section 17200 provides that unfair

2   competition means and includes "any unlawful, unfair or fraudulent business act or practice and

3   unfair, deceptive, untrue or misleading advertising."

4   53.   By and through Defendants' conduct, including the conduct detailed above,

5   Defendants have engaged in activities that constitute unlawful, unfair, and fraudulent business

6   practices prohibited by Business & Professions Code Sections 17200, *et seq.*

7   54.   Defendants' acts of direct and indirect patent infringement and trade dress

8   infringement, as alleged above, constitute unfair competition actionable under the laws of the

9   State of California as unlawful business acts or practices in that, inter alia, said acts violate the

10   federal Patent Act, 35 U.S.C. §§ 271, *et seq.*, the federal Lanham Act, 15 U.S.C. §§ 1125, *et seq.*,

11   and Section 337(a)(1)(B)(i) of the Tariff Act of 1930, as amended, 19 U.S.C. §1337(a)(1)(B)(i).

12   Specifically without limitation, Defendants' actions of copying the design, infringing, "knocking

13   off" of Plaintiff Blueprint Studios' Chairs, manufacturing, importing into the United States,

14   selling, distributing, and/or offering for sale in interstate commerce their Infringing Chairs, or

15   participating therein, without the consent of Plaintiff Blueprint Studios, has caused and continues

16   to cause a likelihood of confusion, mistake, and deception in the minds of the public.

17   Defendants' actions constitute misappropriation and infringement of Plaintiff Blueprint Studios'

18   patent and common law trade dress in Plaintiff Blueprint Studios' Chairs, and a false designation

19   of origin.  Without authorization, Defendants have misappropriated the substantial value of

20   Plaintiff Blueprint Studios' investment and effort in design and marketing without paying for it

21   and then have undersold Infringing Chairs in direct competition with Plaintiff Blueprint Studios'

22   own Chairs, all of which is unfair, unethical, oppressive, and unscrupulous.

23   55.   Defendants' acts of infringement as alleged above therefore constitute unfair

24   competition actionable under the laws of the State of California as fraudulent business acts or

25   practices, in that, inter alia, said acts are likely to confuse the public as to the origin of their

26   Infringing Chairs and constitute false advertising, in that, inter alia, said acts are likely to cause

27   confusion, mistake, and deception.

28   56.   While Defendants' conduct is unlawful, unfair, fraudulent, deceptive, misleading

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA  94111**

-14-

COMPLAINT FOR PATENT INFRINGEMENT                     Case No. _____

1    and untrue, and constitutes violations of California Business & Professions Code Sections 17200,

2    *et seq.*, Plaintiff Blueprint Studios reserves the right to identify additional violations by

3    Defendants as may be established through discovery.

4             57.    As a result of Defendants' said acts of unfair competition, Plaintiff Blueprint

5    Studios has suffered and will continue to suffer irreparable harm, and Plaintiff Blueprint Studios

6    has no adequate remedy at law with respect to this injury.  Unless the acts of unfair competition

7    are enjoined by this Court, Plaintiff Blueprint Studios will continue to suffer irreparable harm.

8                               **SIXTH CLAIM OF RELIEF**
                                    Unjust Enrichment
9                               (against all Defendants)

10            58.    Each allegation contained in paragraphs 1 – 57 above is incorporated by reference

11   as though set forth fully herein.

12            59.    Defendants' acts of misappropriation and illegal use of Plaintiff Blueprint

13   Studios' intellectual property rights and valuable goodwill associated with the rights have

14   resulted in Defendants being unjustly enriched at Plaintiff Blueprint Studios' expense.

15            60.    Plaintiff Blueprint Studios has invested heavily in the advertisement, promotion

16   and building of goodwill related to the aforementioned intellectual property.

17            61.    Plaintiff Blueprint Studios is therefore entitled to restitution of all ill-gotten

18   profits related to the aforementioned intellectual property rights that have been retained by

19   Defendants.

20                              **SEVENTH CLAIM OF RELIEF**
                                       Accounting
21                              (against all Defendants)

22            62.    Each allegation contained in paragraphs 1 – 61 above is incorporated by reference

23   as though set forth fully herein.

24            63.    Plaintiff Blueprint Studios alleges that Defendants' improper use of Plaintiff

25   Blueprint Studios' intellectual property rights as alleged above have resulted in Defendants being

26   unjustly enriched at Plaintiffs' expense and at no cost to defendants.

27            64.    Defendants have retained an unknown amount of monies that rightfully belongs to

28   Plaintiff Blueprint Studios.

*Gordon & Rees LLP*
*275 Battery Street, Suite 2000*
*San Francisco, CA  94111*

COMPLAINT FOR PATENT INFRINGEMENT                              Case No. _____

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA 94111**

65.     Plaintiff Blueprint Studios is therefore entitled to an accounting of all profits gained by Defendants' illegal use of Plaintiffs' respective intellectual property.

## EIGHTH CLAIM OF RELIEF
Injunctive Relief
(against all Defendants)

66.     Each allegation contained in paragraphs 1 – 65 above is incorporated by reference as though set forth fully herein.

67.     The actions of Defendants leave Plaintiff Blueprint Studios without an adequate remedy at law for the infringement of the '018 Patent and of its common law trade dress for Chairs.

68.     Plaintiff Blueprint Studios is entitled to preliminary and permanent injunctive relief under the terms and provisions of 35 U.S.C. § 283.

## NINTH CLAIM OF RELIEF
Constructive Trust

69.     Each allegation contained in paragraphs 1 – 68 above is incorporated by reference as though set forth fully herein.

70.     The actions of Defendants as described above has led to Defendants wrongfully obtaining Plaintiff Blueprint Studio's property in the form the rights, benefits, and derivation of profits as a result of its unauthorized use of the Chairs.

71.     Plaintiff Blueprint Studio requests that this Court impose a constructive trust on any profits Defendants derived or will derive as a result of its wrongful conduct pending the outcome of this litigation.

72.     This equitable remedy is proper under the common laws of the State of California.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Blueprint Studios requests the following relief:

A.      Judgment in favor of Plaintiff Blueprint Studios on all claims herein.

B.      A temporary restraining order, and a preliminary and permanent injunction

-16-

COMPLAINT FOR PATENT INFRINGEMENT                    Case No. _____

preventing Defendants, those additional parties specified in Federal Rule of Civil Procedure

65(d), and their respective officers, directors, employees, agents, licensees, servants, successors

and assigns, and any and all persons acting in privity or in concert with them from infringing,

actively inducing infringement, or contributing to infringement of Plaintiff's intellectual property

rights, including common law trade dress, and the '018 Patent, and any and all continued unfair

competition of the '018 Patent;

C.     That this Court award to Plaintiff Blueprint Studios the greater of: (i) damages

adequate to compensate it for Defendants' acts of infringement, inducement of infringement, and

contributing to the infringement by others of the '018 Patent complained of herein, together with

interest thereon, but in no event less that a reasonable royalty for the use made of the '018

Patent; or (ii) Defendants' total profits from the importation, use, offering for sale, and sale in the

United States of the Infringing Chairs;

D.     That this Court decree that the infringement of the '018 Patent by Defendants is

willful, and that this Court award treble damages against Defendants for their willful

infringement of the '018 Patent;

E.     An accounting of profits and damages resulting from Defendants' trade dress

infringement, patent infringement, false designation of origin, and unfair competition, and

trebling and/or enhancement of such damages under the trade dress and patent laws as an

exceptional case because of the knowing, intentional, willful, and wanton nature of Defendants'

conduct;

F.     That this Court impose a constructive trust on those profits derived or will be

derived resulting from Defendants' wrongful conduct as set forth hereinabove, and that such

profits be held in a constructive trust to be paid over to Plaintiff Blueprint Studios;

G.     That this Court order Defendants to pay Plaintiff Blueprint Studios' reasonable

attorneys' fees for this action;

H.     That this Court order Defendants to pay Plaintiff Blueprint Studios any and all

properly chargeable costs for this action;

-17-

COMPLAINT FOR PATENT INFRINGEMENT                                    Case No. _____

1        I.      That prejudgment interest be awarded by the Court from the date suit was filed for

2   any amounts of actual damages;

3        J.      That this Court grants Plaintiff Blueprint Studios such other and further relief as it

4   may deem just and equitable.

5                            Respectfully submitted,

6   Dated:  January 6, 2015          GORDON & REES LLP

7

8                           By ___/s/ Gordon I. Endow_____

9                               Gordon I. Endow
Attorney for Plaintiff BLUEPRINT STUDIOS
TRENDS INC., dba BLUEPRINT STUDIOS

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA  94111**

COMPLAINT FOR PATENT INFRINGEMENT         Case No. _____

**PLAINTIFF'S JURY DEMAND**

Pursuant to Rule 28(b) of the Federal Rules of Civil Procedure, Plaintiff Blueprint Studios hereby demands a jury trial of all issues triable to a jury.


Dated:  January 6, 2015                GORDON & REES LLP


By _____/s/  Gordon I. Endow_____
         Gordon I. Endow
Attorney for Plaintiff BLUEPRINT STUDIOS
TRENDS INC., dba BLUEPRINT STUDIOS

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111

1082247/21800187v.3

-19-

COMPLAINT FOR PATENT INFRINGEMENT                Case No. _____