# EXHIBIT A



2012 109098

FILED
Jun 05 2012

Dean C. Logan, Registrar - Recorder/County Clerk

Electronically signed by APRIL SHERLOCK

YOUR RETURN MAILING ADDRESS

NAME  Allan N. Lowy, Esq. / Turner Aubert & Friedman LLP

ADDRESS  8383 Wilshire Blvd., Suite 510

CITY  Beverly Hills          STATE  CA          ZIP CODE. 90211

## FICTITIOUS BUSINESS NAME STATEMENT
### TYPE OF FILING AND FILING FEE (Check one)

- [x] Original- $26.00 (FOR ORIGINAL FILING WITH ONE BUSINESS NAME ON STATEMENT)
- [ ] New (Amended) Filing- $26.00 (CHANGES N FACTS FROM ORIGINAL FILING- REQUIRES PUBLICATION)
- [ ] Refile- $26.00 (NO CHANGES :N THE FACTS FROM ORIGINAL FILING)
- [ ] $5.00 FOR EACH ADDITIONAL BUSINESS NAME FILED ON SAME STATEMENT DOING BUSINESS AT THE SAME LOCATION $5.00- FOR EACH ADDITIONAL OWNER IN EXCESS OF ONE OWNER

### The following person(s) is (are) doing business as:

*1. Luxe Living Design                    2. Lux Event Rentals
Print Fictitious Business Name(s)

** 2010 W. 62nd Street
Street address of principal place of business          Mailing address if different

Los Angeles     CA     90047     Los Angeles
City              State   Zip      COUNTY         City          State          Zip

Articles of Incorporation or Organization Number (if applicable). AI #ON: 201023510122

*** REGISTERED OWNER(S):

1.  Luxe Event Rentals LLC                    2.
    Full Name/Corp/LLC (P.O. Box not accepted)          Full Name/Corp/LLC (P.O. Box not accepted)

    2010 W. 62nd Street
    Residence Address                                    Residence Address

    Los Angeles     CA     90047
    City              State   Zip                         City          State          Zip

    CA
    If Corporation or LLC – Pnnt State of Incorporation/Organization          If Corporation or LLC – Pnnt State of Incorporation/Organization

3.                                              4.
   Full Name/Corp/LLC (P.O. Box not accepted)          Full Name/Corp/LLC (P.O. Box not accepted)

   Residence Address                                   Residence Address

   City              State   Zip                        City          State          Zip

   If Corporation or LLC – Pnnt State of Incorporation/Organization          If Corporation or LLC – Print State of Incorporation/Organization

IF MORE THAN FOUR REGISTRANTS, ATTACH ADDITIONAL SHEET SHOWING OWNER INFORMATION

**** THIS BUSINESS IS CONDUCTED BY: (Check one)
- [ ] an Individual  [ ] a General Partnership  [ ] a Limited Partnership  [x] a Limited Liability Company
- [ ] an Unincorporated Association other than a Partnership  [ ] a Corporation  [ ] a Trust  [ ] Copartners
- [ ] Husband and Wife  [ ] Joint Venture  [ ] State or Local Registered Domestic Partners  [ ] a Limited Liability Partnership

***** The date registrant commenced to transact business under the fictitious business name or names listed above on April 2, 2012
(Insert N/A above if you haven't started to transact business)

### I declare that all information in this statement is true and correct.
(A registrant who declares as true information which he or she knows to be false is guilty of a crime.)

REGISTRANT/CORP/LLC NAME (PRINT) Luxe Event Rentals LLC          TITLE Manager

REGISTRANT SIGNATURE _____          IF CORP OR LLC, PRINT NAME Hayim Treitel

**If corporation, also print corporate title of officer.  If LLC, also print title of officer or manager.**
This statement was filed with the County Clerk of LOS ANGELES on the date indicated by the filed stamp in the upper right corner

NOTICE – IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK. EXCEPT AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION.

THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE OR COMMON LAW (SEE SECTION 14411 ET SEO., BUSINESS AND PROFESSIONS CODE).

I HEREBY CERTIFY THAT THIS COPY IS A CORRECT COPY OF THE ORIGINAL STATEMENT ON FILE IN MY OFFICE.

DEAN C. LOGAN, LOS ANGELES COUNTY CLERK          BY: _____, Deputy

Rev 03/2012     P.O. BOX 1208, NORWALK, CA 90651-1208     PH  (562) 462-2177     WEB ADDRESS. LAVOTE.NET



2012 109098
FILED
Jun 05 2012

Dean C. Logan, Register – Recorder/County Clerk
Electronically signed by APRIL SHERLOCK

## ADDITIONAL FICTITIOUS BUSINESS NAMES

| FICTITIOUS BUSINESS NAME |
|---|
| LUXE DECOR LTD |
| FICTITIOUS BUSINESS NAME |
| |
| FICTITIOUS BUSINESS NAME |
| |
| FICTITIOUS BUSINESS NAME |
| |
| FICTITIOUS BUSINESS NAME |
| |
| FICTITIOUS BUSINESS NAME |
| |
| FICTITIOUS BUSINESS NAME |
| |
| FICTITIOUS BUSINESS NAME |
| |
| FICTITIOUS BUSINESS NAME |
| |
| FICTITIOUS BUSINESS NAME |
| |
| FICTITIOUS BUSINESS NAME |
| |
| FICTITIOUS BUSINESS NAME |
| |
| FICTITIOUS BUSINESS NAME |
| |
| FICTITIOUS BUSINESS NAME |
| |

This is a true and certified copy of the record
if it bears the seal, imprinted in purple ink,
of the Registrar-Recorder/County Clerk

JAN 0 6 2015

Dean C. Logan  REGISTRAR-RECORDER/COUNTY CLERK
LOS ANGELES COUNTY, CALIFORNIA

# EXHIBIT B



US00D651018S

(12) **United States Design Patent**      (10) Patent No.:      **US D651,018 S**
Manea                                                  (45) Date of Patent:      ** **Dec. 27, 2011**

(54) **CHAIR**

(76) Inventor:   **Mircea Florin Manea**, San Francisco, CA (US)

(**) Term:   **14 Years**

(21) Appl. No.:   **29/359,832**

(22) Filed:   **Apr. 15, 2010**

(51) **LOC (9) Cl.** ................................................ **06-01**

(52) **U.S. Cl.** ...................................................... **D6/380**

(58) **Field of Classification Search** ........... D6/334–336, D6/369, 370, 374, 376, 379, 380, 500–502; 297/445.1, 446.1, 451.9, 452.63, 452.64
See application file for complete search history.

(56)           **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D228,989 | S | * | 11/1973 | Furey ............................ D6/380 |
| D372,598 | S | * | 8/1996 | Ungaro ........................... D6/380 |
| D374,131 | S | * | 10/1996 | Muller ........................... D6/380 |
| D414,620 | S | * | 10/1999 | Kabadayan ...................... D6/380 |
| D487,991 | S | * | 4/2004 | O'Hare ........................... D6/379 |
| D497,729 | S | * | 11/2004 | Peitz et al. ..................... D6/379 |

* cited by examiner

*Primary Examiner* — Mimosa De

(74) *Attorney, Agent, or Firm* — QuickPatents, Inc.; Kevin Prince

(57)           **CLAIM**

What is claimed is the ornamental design for a chair, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a chair, showing the new design;
FIG. 2 is a front elevational view thereof;
FIG. 3 is a left-side elevational view thereof, the right-side elevational view being a mirror image thereof;
FIG. 4 is a rear elevational view thereof;
FIG. 5 is a top plan view thereof; and,
FIG. 6 is a bottom plan view thereof.

**1 Claim, 3 Drawing Sheets**





FIG.1

**U.S. Patent**     Dec. 27, 2011     Sheet 2 of 3     US D651,018 S



FIG.2                    FIG.3

U.S. Patent      Dec. 27, 2011      Sheet 3 of 3      US D651,018 S



FIG.4

FIG.5

FIG.6

EXHIBIT C

LUXE EVENT RENTALS LLC



LUXE EVENT RENTALS - LUXURY EVENT RENTALS

Home     About Us     Event Gallery     Product Showcase     Contact Us     Blog

## LOUNGE  .  STATEMENT CHAIRS

ROYALE DINING CHAIR     CH55

**Seating:**

Sofas
Lounge Chairs
Ottomans
Day Beds
Benches
Dining Chairs
Bar Stools
Outdoor Living

**Tables:**

Dining Tables
Cocktail & Highboys
Belly Bars & Communal
Bars & Buffets
Back Bars & Displays
Coffee & Side Tables
Consoles
Displays

**Details:**

Panels, Dividers, & Mirrors
Chandeliers & Oversized Shades
Centerpieces
Floor & Table Lamps
Accessories
Bookcases & Display Cases
Water Feature Collection
Cabanas
Floor & Tabletop Vases
Pillows
Topiaries



Acrylic Dining Chair
Available in Clear, Translucent Amber, Glossy White, Glossy Black

15.7"X18.1"X36.8"

Cushions Available Silver, White, & Black Polyester or Natural Linen



This Web Site and all of its contents including exclusive furniture designs are owned or licensed by Luxe Living Desing, LLC. and are protected by patents, trademarks, trade

EXHIBIT D



Home     About Us     Event Gallery     Product Showcase     Contact Us     Blog

## LOUNGE . STATEMENT CHAIRS

**ROYALE DINING CHAIR     CH55**

**Seating:**

Sofas
Lounge Chairs
Ottomans
Day Beds
Benches
Dining Chairs
Bar Stools
Outdoor Living

**Tables:**

Dining Tables
Cocktail & Highboys
Belly Bars & Communal
Bars & Buffets
Back Bars & Displays
Coffee & Side Tables
Consoles
Displays

**Details:**

Panels, Dividers, & Mirrors
Chandeliers & Oversized Shades
Centerpieces
Floor & Table Lamps
Accessories
Bookcases & Display Cases
Water Feature Collection
Cabanas
Floor & Tabletop Vases
Pillows
Topiaries



All Clear Acrylic Dining Chair

15.7"X18.1"X36.8"

This Web Site and all of its contents including exclusive furniture designs are owned or licensed by Luxe Living Desing, LLC. and are protected by patents, trademarks, trad

EXHIBIT E

B115
de29dd

GORDON I. ENDOW
GENDOW@GORDONREES.COM

# GORDON & REES LLP

ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, SUITE 2000
SAN FRANCISCO, CA 94111
PHONE: (415) 986-5900
FAX: (415) 986-8054
WWW.GORDONREES.COM

March 6, 2013

***VIA FED EX***

Ms. Samantha Kanter
Luxe Event Rentals
3512 Quintin Road
Brooklyn, NY 11234

Re:   Patent Infringement, Unfair Competition, and Violation of Tariff Act of 1930 -
Patent No. US D651,018S

Dear Ms. Kanter:

We are litigation counsel for Blueprint Studios Trends, Inc. ("*Blueprint Studios*"). In December 2011, the United States Patent and Trademark Office issued to Blueprint Studios patent no. US D651,018 S (the "*'018 Patent*") for the design of Blueprint Studios Infinity™ chairs. We enclose a copy of the '018 Patent.

We have substantial evidence that Luxe Event Rentals ("*Luxe*"), has imported, marketed, distributed and sold in the United States resin chairs that it calls its "Royale" dining chairs. A comparison of the '018 Patent and Luxe's own marketing collateral (a sample of which is also enclosed) shows that Luxe's Royale chairs are nearly identical in design to Blueprint Studios' award-winning Infinity™ chairs.

We are writing to put you on notice that the importation, marketing, distribution and sale in the United States by Luxe of its "Royale" resin chairs directly and indirectly infringes the '018 Patent. These acts constitute unfair business practices under various states' laws and common law. The importation into the U.S. of Luxe's Royale chairs also violates Section 337 of the Tariff Act of 1930, as amended (19 U.S.C. § 1337).

The type of material from which the chair is made makes no difference for purposes of this type of patent infringement. We understand that Luxe was aware that the design is patented when it imported, marketed, distributed and sold its Royale chairs. The fact that Luxe's Royale chair is an obvious copy of Blueprint Studios' patented design entitles Blueprint Studios to an award of treble damages and attorneys' fees under U.S. patent law for willful infringement. Blueprint Studios is also entitled to an accounting, prejudgment interest, and a constructive trust with respect to any revenues earned on any substantially similar products.

Ms. Samantha Kanter
March 6, 2013
Page 2

Under the Tariff Act, Blueprint Studios is also entitled to a cease and desist order and an exclusion order from the U.S. International Trade Commission ("*ITC*"). Such orders would bar anyone from importing into the United States or any of its territories any infringing product, including the Royale chairs. The ITC proceedings of this type are a matter of public record, and published in the Federal Register.

In light of the above, Blueprint Studios requires and hereby makes demand that Luxe *immediately* do all of the following:

1. Cease and desist from importing into the U.S., and marketing, distributing, selling, or offering to sell in the U.S. any Royale chairs or any replacements or other substantially similar products;

2. Destroy all infringing products imported into the U.S., and remove all images or descriptions of, or references to, it from any and all websites, advertising, invoices, and other all related marketing collateral;

3. Identify (including names, contact persons, and all contact information) to Blueprint Studios all manufacturers, suppliers, vendors, distributors, and others, from or to whom it has bought or sold the accused products;

4. Provide a true and complete accounting of all sales of the accused products; and

5. Make available for audit by Blueprint Studios of all of Luxe's pertinent books and records.

6. Remit all of Luxe's gross profits earned on the sale of any infringing items; and

7. Agree to enter into a permanent injunction in this matter with continuing jurisdiction by the United Stated District Court.

Any failure to comply with the foregoing will be used as evidence of Luxe's intent to willfully continue to infringe on our client's patent rights, to violate Blueprint Studios' common law and other statutory rights, and to willfully violate the Tariff Act. Such intention will justify the immediate issuance of a temporary restraining order, preliminary injunction, and other appropriate equitable relief, and entitle our client to an award of attorneys' fees.

Please respond to this correspondence no later than the close of business March 11, 2012. If an appropriate resolution of this matter cannot be reached with you, we will take all legal means available to us under federal and state law to protect Blueprint Studios' rights, all of which are reserved.

Ms. Samantha Kanter
March 6, 2013
Page 3

Please respond immediately. Thank you in advance for your anticipated cooperation.

Very truly yours,

Gordon I. Endow

GIE/dyh
Enclosures



US00D651018S

(12) **United States Design Patent**
Manea

(10) Patent No.: **US D651,018 S**
(45) Date of Patent: ** Dec. 27, 2011

(54) **CHAIR**

(76) Inventor: **Mircea Florin Manea**, San Francisco, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/359,832**

(22) Filed: **Apr. 15, 2010**

(51) LOC (9) Cl. ................................................. **06-01**
(52) U.S. Cl. ...................................................... **D6/380**
(58) Field of Classification Search ........... D6/334–336, D6/369, 370, 374, 376, 379, 380, 500–502; 297/445.1, 446.1, 451.9, 452.63, 452.64
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D228,989 S | * | 11/1973 | Furey | D6/380 |
| D372,598 S | * | 8/1996 | Ungaro | D6/380 |
| D374,131 S | * | 10/1996 | Muller | D6/380 |
| D414,620 S | * | 10/1999 | Kabadayan | D6/380 |
| D487,991 S | * | 4/2004 | O'Hare | D6/379 |
| D497,729 S | * | 11/2004 | Peitz et al. | D6/379 |

* cited by examiner

*Primary Examiner* — Mimosa De

(74) *Attorney, Agent, or Firm* — QuickPatents, Inc.; Kevin Prince

(57) **CLAIM**

What is claimed is the ornamental design for a chair, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a chair, showing the new design;
FIG. 2 is a front elevational view thereof;
FIG. 3 is a left-side elevational view thereof, the right-side elevational view being a mirror image thereof;
FIG. 4 is a rear elevational view thereof;
FIG. 5 is a top plan view thereof; and,
FIG. 6 is a bottom plan view thereof.

**1 Claim, 3 Drawing Sheets**





FIG.1



FIG.2                    FIG.3



FIG.4



FIG.5



FIG.6

Untitled

# LUXE *Event*
Rentals & Decor

Home     About Us     Event Gallery     Product Showcase     Contact Us     Blog

## LOUNGE . STATEMENT CHAIRS

**ROYALE DINING CHAIR     CH55**

**Seating:**

Sofas
Lounge Chairs
Ottomans
Day Beds
Benches
Dining Chairs
Bar Stools
Outdoor Living

**Tables:**

Dining Tables
Cocktail & Highboys
Belly Bars & Communal
Bars & Buffets
Back Bars & Displays
Coffee & Side Tables
Consoles
Displays

**Details:**

Panels, Dividers, & Mirrors
Chandeliers & Oversized Shades
Centerpieces
Floor & Table Lamps
Accessories
Bookcases & Display Cases
Water Feature Collection
Cabanas
Floor & Tabletop Vases
Pillows
Topiaries



All Clear Acrylic Dining Chair

15.7"X18.1"X36.8"

This Web Site and all of its contents including exclusive furniture designs are owned or licensed by Luxe Living Desing, LLC. and are protected by patents, trademarks, trad

http://www.luxeeventrentals.com/ROYALDININGHCIAR.html          3/5/2013

EXHIBIT F

**From:**      trackingupdates@fedex.com
**Sent:**      Thursday, March 07, 2013 7:06 AM
**To:**        Dyanne Hammerquist
**Subject:**   FedEx Shipment 794911107425 Delivered

---

This tracking update has been requested by:

Company Name:      Gordon & Rees  LLP
Name:              Dyanne Hammerquist
E-mail:            dhammerquist@gordonrees.com

Message:           PSShip eMail Notification

---

Our records indicate that the following  shipment has been delivered:

Reference:              BLPS.1082247-1010
Ship (P/U) date:        Mar 6, 2013
Delivery date:          Mar 7, 2013 10:01  AM
Sign for by:            S.MEYERS
Delivery location:      Brooklyn, NY
Delivered to:           Receptionist/Front  Desk
Service type:           FedEx Priority  Overnight
Packaging type:         FedEx Envelope
Number of pieces:       1
Weight:                 0.50 lb.
Special handling/Services:     Direct Signature  Required
                        Deliver Weekday

Tracking number:        794911107425

Shipper Information             Recipient Information
Dyanne Hammerquist              Samantha Kanter
Gordon & Rees LLP               Luxe Event Rentals
275 Battery Street              3512 Quentin Rd
Suite 2000                      Brooklyn
San Francisco                   NY
CA                      US
US                      11234
94111

Please do not respond to this message. This email was sent from an unattended mailbox. This report was
generated at approximately 9:05 AM  CST on 03/07/2013.

.1

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the status of this shipment online, please use the following:
https://www.fedex.com/insight/findit/nrp.jsp?tracknumbers=794911107425&language=en&opco=FX&clienty
pe=ivpodalrt

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update.  For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

# EXHIBIT G

GORDON I. ENDOW
GEndow@GORDONREES.COM

# GORDON & REES LLP

ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, SUITE 2000
SAN FRANCISCO, CA 94111
PHONE: (415) 986-5900
FAX: (415) 986-8054
WWW.GORDONREES.COM

January 6, 2015

*Via Email* Email (hayim@luxeeventrentals.com) *and Fed Ex*

Hayim Treitel, President
Luxe Event Rentals LLC dba Luxe Decor Ltd., Luxe Living Design and Luxe Event Rentals
Luxe Living Design, LLC
Luxe Event Rentals – FL LLC
2010 W. 62nd Street
Los Angeles, CA 90047
Phone: [(323) 758-5344]

Re:   Patent Infringement, False Designation of Origin, Trade Dress Infringement,
<u>Unfair Competition, Violation of Tariff Act of 1930 - Patent No. US D651,018 S</u>

Dear Mr. Treitel:

We are contacting you both individually and in your capacity as Manager, President, and Member of Luxe Event Rentals dba Luxe Decor Ltd. and Luxe Living Design, and Luxe Event Rentals (Florida). We are litigation counsel for Blueprint Studios Trends, Inc. ("*Blueprint Studios*"). On March 6, 2013, we sent a letter to Ms. Samantha Kanter on behalf of Luxe Event Rentals LLC (both the California and Florida limited liability companies) dba Luxe Decor Ltd., and Luxe Living Design, LLC (also dba Luxe Decor Ltd.), (collectively, "*Luxe*"), putting Luxe on notice that they were violating Blueprint Studio's intellectual property rights described below and in the attachments to this letter. We received confirmation from Fed Ex that Ms. Samantha Kanter received the prior March 2013 letter. As a courtesy, we enclose a copy of the prior letter.

By way of background, in December of 2011, the United States Patent and Trademark Office issued to Blueprint Studios patent no. US D651,018 S (the "*'018 Patent*") for the design of Blueprint Studios Infinity chairs. We again enclose a copy of the '018 Patent.

We have substantial evidence that each of the foregoing Luxe entities has imported, made or had made, marketed, distributed, rented, and sold in the United States chairs that it calls its "Royale" dining chairs. A comparison of the '018 Patent and Luxe's own marketing collateral (a sample of which is also enclosed) shows that Luxe's Royale chairs are nearly identical in design to Blueprint Studios' award-winning Infinity chairs.

We are writing to again demand that Luxe immediately cease the importation, manufacturing, marketing, distribution, renting and sale in the United States of its "Royale"

Mr. Hayim Treitel
January 6, 2015
Page 2

chairs and any other chairs that directly and indirectly infringes the '018 Patent and trade dress associated with Blueprint Studios' award-winning Infinity chairs. These acts not only constitute patent infringement, but also unfair business practices under various states' laws and common law, including California law. The importation into the U.S. of Luxe's Royale chairs also violates Section 337(a)(1)(B)(i) of the Tariff Act of 1930, as amended (19 U.S.C. § 1337).

Each of the Luxe entities acting as a single enterprise at all times and at least since receipt of our letter dated March 6, 2013 have been aware when importing, marketing, distributing, renting, and selling its infringing chairs that the design is protected under patent and trade dress. The fact that the Luxe entities' Royale chair is an obvious copy of Blueprint Studios' patented and protected design entitles Blueprint Studios to an award of treble damages and attorneys' fees under U.S. patent law for willful infringement. Blueprint Studios is also entitled to an accounting, prejudgment interest, and a constructive trust with respect to any revenues earned on the Royale chair and any substantially similar products.

In light of the above, Blueprint Studios has instituted a lawsuit against Luxe in federal court ("*Lawsuit*"). We enclose a courtesy copy of the Complaint (without enclosures).

In order to obviate the need to serve the Complaint, Blueprint Studios requires and hereby demands that each of the foregoing Luxe entities *immediately* do all of the following:

1. Cease and desist from having made and from importing into the U.S., and marketing, distributing, renting, selling, or offering to rent or sell in the U.S. any Royale chairs or any replacements or other substantially similar products;

2. Destroy all infringing products imported into the U.S., and provide to us documentary evidence satisfactory to Blueprint Studios that such destruction has been accomplished;

3. Remove all images or descriptions of, or references to, any infringing products from any and all websites, advertising, invoices, and other all related marketing collateral including, but not limited to, brochures, catalogues, fliers, or information on display or otherwise present at exhibitions and/or trade shows;

4. Identify (including names, contact persons, and all contact information) to Blueprint Studios all manufacturers, suppliers, vendors, distributors, customers, and others from or to whom it has bought or sold the accused products;

5. Provide a true and complete accounting of all sales of the accused products; and

6. Make available for audit by Blueprint Studios of all of each foregoing Luxe entity's pertinent books and records.

7. Remit all of each foregoing Luxe entity's gross profits earned on the sale of any infringing items; and

8. Agree to enter into a permanent injunction and stipulated judgment in the Lawsuit

Mr. Hayim Treitel
January 6, 2015
Page 3

with continuing jurisdiction by the United Stated District Court.

Any failure to comply with the foregoing will be used as evidence of each of the foregoing Luxe entity's intent to willfully continue to infringe our client's patent rights, to violate Blueprint Studios' common law and other statutory rights, and to willfully violate the Tariff Act. Such intention will justify the immediate issuance of a temporary restraining order, preliminary injunction, and other appropriate equitable relief, and further entitle our client to an award of attorneys' fees and treble damages.

We specifically note that Luxe has signed up to exhibit at the upcoming "The Special Event 2015" ("*Special Event*") to be held January 6-8, 2015, at the Anaheim Marriott and the Anaheim Convention Center (Exhibit Hall, Booth #1658). See http://www.thespecialeventshow.com/tse15/Public/Mainhall.aspx?ID=1057319&sortMenu=100000&MainMenuID=1057319. We are hand-delivering a copy of this letter on January 7, 2015, to the Luxe representatives who will be attending the Luxe booth.

On behalf of Blueprint Studios, we demand that Luxe ensure that all marketing collateral be purged of any infringing material, that no infringing products be displayed at the Special Event by any Luxe entity, and that Luxe and its representatives refrain from any other marketing, distributing, taking of orders, renting, or selling of any infringing products there. We are providing to the management of the Special Event a copy of this letter (with enclosures) and fully expect its cooperation—now that it, too, is on notice of Luxe's patent infringement and other misdeeds—to ensure that Luxe does not further infringe or otherwise violate our client's intellectual property and other rights at the Special Event.

Please respond to this correspondence as soon as possible and in any event by the close of business January 9, 2015. If an appropriate resolution of this matter cannot be reached with you, we will take all legal means available to us under federal and state law to protect Blueprint Studios' rights, all of which are reserved.

Please respond immediately. Thank you in advance for your anticipated cooperation.

Very truly yours,

Gordon I. Endow

GIE/dyh
Enclosures

cc:   Matt Cohen (matt@luxeeventrentals.com)
      Shari Lynn Rothstein-Kramer (shari@luxeeventrentals.com)
      Bernard Weinreb, Esq. (boruchw@cs.com)
      (All w/ encls. and via email only)

EXHIBIT H



14 HOLIDAY PARTY TRENDS   15 INNOVATIVE MEETINGS

# BIZBASH

EVENTS
MEETINGS
MARKETING
STYLE
STRATEGY
IDEAS

$9.95   FALL 2013   BIZBASH.COM

# TOP 100 EVENTS

The most powerful annual festivals, conferences, and other spectacles in the United States and Canada.

# WE'VE GOT YOUR *Style...*





**LUXE** *Event*

EVENT RENTALS AND DÉCOR

www.LuxeEventRentals.com

# EXHIBIT I



LUXE EVENT RENTALS - LUXURY EVENT RENTALS

Home    About Us    Event Gallery    Product Showcase    Contact Us    Blog

**LOUNGE . STATEMENT CHAIRS**

ROYALE DINING CHAIR    CH55

Seating:

Sofas
Lounge Chairs
Ottomans
Day Beds
Benches
Dining Chairs
Bar Stools
Outdoor Living

Tables:

Dining Tables
Cocktail & Highboys
Belly Bars & Communal
Bars & Buffets
Back Bars & Displays
Coffee & Side Tables
Consoles
Displays

Details:

Panels, Dividers, & Mirrors
Chandeliers & Oversized Shades
Centerpieces
Floor & Table Lamps
Accessories
Bookcases & Display Cases
Water Feature Collection
Cabanas
Floor & Tabletop Vases
Pillows
Topiaries



Acrylic Dining Chair
Available in Clear, Translucent Amber, Glossy White, Glossy Black

15.7"X18.1"X36.8"

Cushions Available Silver, White, & Black Polyester or Natural Linen



This Web Site and all of its contents including exclusive furniture designs are owned or licensed by Luxe Living Desing, LLC. and are protected by patents, trademarks, trade-

http://luxeeventrentals.com/ROYALDININGHCIAR.html                    1/2/2015